**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 1:20-cr-77 |
| vs. | : | |
| NEIL CLARK, | : | JUDGE BLACK |
| Defendant. | : | |
| | : | |

**NOTICE OF APPEARANCE OF COUNSEL**

Notice is hereby given to this Court and all other interested parties that William S. Ireland, Attorney at Law, 85 Liberty Street, Columbus, Ohio 43215, is hereby appearing for the Defendant as Counsel of record in the above captioned case. Please direct all future service copies of pleadings in this matter to Mr. Ireland at the address below.

Respectfully submitted,

/s/ Will Ireland
William S. Ireland (0077357)
85 Liberty Street
Columbus, Ohio 43215
Telephone: 614-444-1555

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing was duly served upon the Assistant United States Attorney, Office of the United States Attorney, by CM/ECF System on this 4th day of August, 2020.

/s/ Will Ireland
William S. Ireland (0077357)
Attorney for Defendant

**WILLIAM S. IRELAND**
85 Liberty St.
Columbus, Ohio
43215

Phone: 614-444-1555
willirelandlaw@gmail.com