IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Case No.  1:20-CR-077 (3) |
| | : | |
| vs. | : | Hon. Timothy S. Black |
| | : | |
| | : | |
| NEIL CLARK | : | |

**SUGGESTION OF DEATH AS TO DEFENDANT NEIL CLARK AND MOTION TO ABATE PROSECUTION AND DISMISS INDICTMENT**

The United States hereby respectfully notifies the Court and all interested parties that Defendant Neil Clark died on March 15, 2021.

The instant suggestion of death is documented and supported by the attached Exhibit "A", a copy of the Certification of Death from the Bureau of Vital Statistics of the State of Florida.

Furthermore, as a result of Defendant Clark's death, it is respectfully submitted that this Court should dismiss the indictment against Mr. Clark in the instant case.

Respectfully submitted,

VIPAL J. PATEL
Acting United States Attorney

*s/ Emily N. Glatfelter*
EMILY N. GLATFELTER (0075576)
MATTHEW C. SINGER (IL 6297632)
Assistant United States Attorneys
221 East Fourth Street, Ste. 400
Cincinnati, Ohio 45202
Office: (513) 684-3711
Fax: (513) 684-6385
E-mail: Emily.Glatfelter@usdoj.gov

## CERTIFICATE OF SERVICE

The undersigned counsel hereby acknowledges that the foregoing *Suggestion of Death as to Defendant Neil Clark and Motion to Abate Prosecution an Dismiss Indictment* has been electronically filed via the Court's CM/ECF system this 1ST day of June, 2021, and has been electronically served upon all counsel of record.

*s/ Emily Glatfelter*
EMILY N. GLATFELTER
Assistant United States Attorney