


# STATE OF FLORIDA

THIS DOCUMENT HAS A LIGHT BACKGROUND ON TRUE WATERMARKED PAPER. HOLD TO LIGHT TO VERIFY FLORIDA WATERMARK.

## BUREAU of VITAL STATISTICS

## CERTIFICATION OF DEATH

**STATE FILE NUMBER:** 2021053041    **DATE ISSUED:** MARCH 18, 2021

**DECEDENT INFORMATION**    **DATE FILED:** MARCH 18, 2021

NAME: NEIL SCOTT CLARK

DATE OF DEATH: FOUND ON MARCH 15, 2021    SEX: MALE    AGE: 067 YEARS
DATE OF BIRTH: [REDACTED]    SSN: [REDACTED]
BIRTHPLACE: [REDACTED] UNITED STATES
PLACE WHERE DEATH OCCURRED: WOODED AREA
FACILITY NAME OR STREET ADDRESS: LEE COUNTY LINE LOGAN BOULEVARD NORTH
LOCATION OF DEATH: NAPLES, COLLIER COUNTY, 34119
RESIDENCE: [REDACTED] UNITED STATES
COUNTY: LEE
OCCUPATION, INDUSTRY: POLITICAL CONSULTANT, LOBBYIST
EDUCATION: MASTERS DEGREE    EVER IN U.S. ARMED FORCES? NO
HISPANIC OR HAITIAN ORIGIN? NO, NOT OF HISPANIC/HAITIAN ORIGIN
RACE: WHITE

## SURVIVING SPOUSE / PARENT NAME INFORMATION
(NAME PRIOR TO FIRST MARRIAGE, IF APPLICABLE)

MARITAL STATUS: MARRIED
SURVIVING SPOUSE NAME: COLLEEN LORA
FATHER'S/PARENT'S NAME: [REDACTED]
MOTHER'S/PARENT'S NAME: [REDACTED]

## INFORMANT, FUNERAL FACILITY AND PLACE OF DISPOSITION INFORMATION

INFORMANT'S NAME: COLLEEN LORA CLARK
RELATIONSHIP TO DECEDENT: WIFE
INFORMANT'S ADDRESS: [REDACTED] UNITED STATES
FUNERAL DIRECTOR/LICENSE NUMBER: MARK A. STATHERS, F084181
FUNERAL FACILITY: SHIKANYS BONITA FUNERAL HOME F040865
28300 TAMIAMI TRAIL SOUTH, BONITA SPRINGS, FLORIDA 34134
METHOD OF DISPOSITION: CREMATION
PLACE OF DISPOSITION: SHIKANY'S BONITA CREMATORY
BONITA SPRINGS, FLORIDA

## CERTIFIER INFORMATION

TYPE OF CERTIFIER: DISTRICT MEDICAL EXAMINER    MEDICAL EXAMINER CASE NUMBER: 202100136
TIME OF DEATH (24 HOUR): FOUND AT 1140    DATE CERTIFIED: MARCH 17, 2021
CERTIFIER'S NAME: MANFRED CLARK BORGES JR
CERTIFIER'S LICENSE NUMBER: ME64465
NAME OF ATTENDING PHYSICIAN (IF OTHER THAN CERTIFIER): NOT ENTERED

The first five digits of the decedent's Social Security Number has been redacted pursuant to §119.071(5), Florida Statutes.

*[signature]*, STATE REGISTRAR

REQ: 2022502020

**WARNING:** THE ABOVE SIGNATURE CERTIFIES THAT THIS IS A TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE. THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PAPER WITH WATERMARKS OF THE GREAT SEAL OF THE STATE OF FLORIDA. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARKS. THE DOCUMENT FACE CONTAINS A MULTICOLORED BACKGROUND, GOLD EMBOSSED SEAL AND THERMOCHROMIC FL. THE BACK CONTAINS SPECIAL LINES WITH TEXT. THE DOCUMENT WILL NOT PRODUCE A COLOR COPY.

DH FORM 1946 (03-13)

CERTIFICATION OF VITAL RECORD    Florida HEALTH