# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 1:20-cr-77 |
| | : | |
| vs. | : | Judge Timothy S. Black |
| | : | |
| NEIL CLARK (3), | : | |
| | : | |
| Defendant. | : | |

## ORDER OF DISMISSAL
## AS TO DEFENDANT NEIL CLARK (3)

This criminal case is before the Court on the Government's Suggestion of Death as to Defendant Neil Clark and Motion to Abate Prosecution and Dismiss Indictment. (Doc. 87). In support of its motion, the Government has also filed Defendant Clark's Certification of Death, evidencing that Defendant died on or about March 15, 2021. (*Id.*)

Based upon the foregoing, the Government's motion is **GRANTED**. Accordingly, the Indictment shall be **DISMISSED** as to Defendant Neil Clark and the case as to Defendant Neil Clark shall be **TERMINATED** on the docket of this Court.

**IT IS SO ORDERED.**

Date:  6/10/2021

*s/ Timothy S. Black*
Timothy S. Black
United States District Judge